**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:20-cv-21786-GAYLES/OTAZO-REYES**

**ANA M. CUGAT, and other similarly situated individuals**,

    Plaintiff,

v.

**SERVING IMMIGRANTS, INC., and MAGDALENA CUPRYS, individually**,

    Defendants.

_____/

**ORDER**

    **THIS CAUSE** comes before the Court on the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (the "Joint Motion") [ECF No. 24]. The Court has considered the Joint Motion and the record and is otherwise fully advised. Based thereon,

    It is **ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice, [ECF No. 24], is **GRANTED**.

2. The Settlement Agreement and Release of FLSA Claims, [ECF No. 24-1], is **APPROVED**.

3. Pursuant to the parties' Settlement Agreement and Release of FLSA Claims, [ECF No. 24-1], Plaintiff shall recover from Defendant a total of $2,000.00, consisting of $1,000.00 in unpaid wages and $1,000.00 in liquidated damages.

4. Pursuant to the parties' Settlement Agreement and Release of FLSA Claims, [ECF No. 24-1], Plaintiff shall separately recover from Defendant a total of $4,000.00, consisting of $3,500.00 in attorney's fees and $500.00 in costs.

5. This case is **DISMISSED with prejudice**.

6. The Court shall retain jurisdiction over this case in order to enforce the terms of the Settlement Agreement and Release of FLSA Claims. [ECF No. 24-1].

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of February, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE